**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6318**

MARKETTA DENISE HUMES-JONES,

Plaintiff – Appellant,

v.

DR. JAMULDEN,

Defendant - Appellee,

and

VIRGINIA BEACH CORRECTIONAL FACILITY,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:10-cv-00228-GBL-JFA)

Submitted:  June 30, 2011         Decided:  July 6, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marketta Denise Humes-Jones, Appellant Pro Se.  Elizabeth Martin Muldowney, Kimberly Jane Raab, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marketta Denise Humes-Jones appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Humes-Jones v. Jamulden, No. 1:10-cv-00228-GBL-JFA (E.D. Va. Feb. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED